# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

129688(57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

J. W. HOBBS CORPORATION,
        Plaintiff-Appellant,

v

REVENUE DIVISION, DEPARTMENT
OF TREASURY, STATE OF MICHIGAN,
        Defendant-Appellee.

SC: 129688
COA: 254069
Ct of Claims: 02-000166-MT

_____/

      On order of the Court, the motion for reconsideration of this Court's order of July 21, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918